# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 27, 2007

132431-32 & (97)

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SBC MICHIGAN,
          Appellee,

v

SC: 132431-32
COA: 254980
MPSC: 00-0011756

MICHIGAN PUBLIC SERVICE COMMISSION,
          Appellee,
and

MICHIGAN PAY TELEPHONE ASSOCIATION,
          Appellant.

_____/

      On order of the Court, the motion for admission pro hac vice of Henry T. Kelly is GRANTED.  The application for leave to appeal the September 28, 2006 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I,  Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 27, 2007

_____
Clerk

t0220